*R. B. Blackburn,* contra.

---

### 14545. NAPIER *v.* BANK OF LAFAYETTE.

STEPHENS, J. 1. A written transfer by the payee of a promissory note in which title to personalty is reserved as security for the payment of the note carries with it a transfer to the transferee of the title to the property. This is true although the indorsement is in blank. *Jordan Mercantile Co.* v. *Brooks,* 149 *Ga.* 157 (99 S. E. 289); *Hooper* v. *Bank of Hiawassee,* 29 *Ga. App.* 459 (116 S. E. 32).

2. This being a suit by such a transferee against the maker, to recover in trover the personalty referred to, and the defendant having set up in his plea a failure of consideration, and it appearing that he was in possession of the property at the commencement of the action, no demand was necessary. Civil Code (1910), § 4483; *Muse* v. *Wright,* 103 *Ga.* 783 (30 S. E. 662).

*Judgment affirmed. Jenkins, P. J., and Bell, J., concur.*

DECIDED FEBRUARY 28, 1924.

Trover; from Catoosa superior court—Judge Tarver.    February 24, 1923.

*McClure & McClure, W. E. Mann,* for plaintiff in error.

*Norman Shattuck, Rosser & Shaw,* contra.